# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2609

_____

| | | |
|---|---|---|
| Jessie Johnson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| PHP Healthcare Corporation, Inc., | * | Appeal from the United States |
| Medical Staff; Ms. Jackson, Nurse, | * | District Court for the |
| Arkansas Department of Correction; | * | Eastern District of Arkansas. |
| Larry Norris, Director, Arkansas | * | |
| Department of Correction; Mr. Dixon, | * | [UNPUBLISHED] |
| Classification, Arkansas Department of | * | |
| Correction, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 12, 1998
Filed: November 17, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Jesse Johnson appeals from the district court's[1] order

---

[1]The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

dismissing his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies. Because Johnson did not demonstrate to the district court that he had exhausted administrative remedies by completing the final step of the Arkansas Department of Correction's inmate grievance procedure, the court's dismissal of the complaint was correct. See 42 U.S.C. § 1997e(a).

Accordingly, we affirm the district court's order, but modify it to reflect that the dismissal is without prejudice to Johnson's right to refile the action after exhaustion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-